# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAMIKA MILLER, ) | |
| ) | |
| ) | Civil Action Number: |
| Plaintiff, ) | 1:19-cv-00112-WMR |
| ) | |
| v. ) | |
| ) | Jury Trial Demanded |
| BHAGYAWANTI & SONS, INC., and ) | |
| WELLBORN MANAGEMENT, INC. ) | |
| And HARISH PATEL and MUKESH ) | |
| PATEL, individuals ) | |
| ) | |
| Defendants. ) | |

## JOINT DISMISSAL

Plaintiff Damika Miller and Defendants Bhagyawanti & Sons, Inc., Wellborn Management, Inc., Harish Patel and Mukesh Patel through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own costs and fees.

Respectfully submitted this 22nd day of July, 2019.

Attorneys For Plaintiff:

By:  /s/Kimberly N. Martin
     Kimberly N. Martin
     kimberlymartinlaw@gmail.com
     Georgia Bar No. 473410

2

        Thomas F. Martin
        tfmartinlaw@msn.com
        Georgia Bar No. 482595

        MARTIN & MARTIN, LLP
        Post Office Box 1070
        Tucker, Georgia 30085
        (404) 313-5538

<u>Attorneys For Defendants:</u>

        */s/ L. Traywick Duffie*
        L. Traywick Duffie
        Georgia Bar No. 231950
        tduffie@littler.com
        Adonica N. Starke-Melson
        Georgia Bar No. 770280
        astarkemelson@littler.com

        LITTLER MENDELSON, P.C.
        3344 Peachtree Road N.E.
        Suite 1500
        Atlanta, GA  30326.4803
        Telephone: 404.233.0330
        Facsimile:  404.233.0331

FIRMWIDE:165654680.1 101480.1001